Gary Wayne DANNER, Plaintiff—
Appellant,

v.

PIEDMONT REGIONAL
JAIL, Detainee Center,
Defendant—Appellee.

No. 08–6955.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2008.

Decided: Sept. 8, 2008.

Gary Wayne Danner, Appellant Pro Se.

Before MOTZ and TRAXLER, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gary Wayne Danner appeals the district
court's order dismissing this civil rights
action without prejudice pursuant to Fed.
R.Civ.P. 41(b) based on Danner's failure to
keep the court apprised of any change of
address. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Danner v. Piedmont Re-
gional Jail,* No. 3:08–cv–00013–REP
(E.D.Va. Apr. 28, 2008). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*